IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MONIBA KAMARA SESAY, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:13-cv-258-KOB-TMP |
| SCOTT HASSELL, Warden, | ) |
| Respondent. | ) |

**O R D E R**

On June 11, 2013, the magistrate judge filed his report and recommendation, recommending that the court dismiss the habeas petition as moot because the petitioner was no longer in ICE custody pursuant to an order of supervision. (Doc. 11). To date, no party has filed any objections. The postal service returned as undeliverable a copy of the report and recommendation mailed to the petitioner. (Doc. 12).

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court finds that the report is due to be and hereby is ADOPTED, and the court ACCEPTS his recommendation. Consequently, the court GRANTS the respondent's motion to dismiss (doc. 8) and DISMISSES the petition for writ of *habeas corpus* WITH PREJUDICE because the petitioner is no longer in ICE custody.

DONE and ORDERED this 28th day of June, 2013.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE